





1  BENJAMIN B. WAGNER
   United States Attorney
2  GRANT B. RABENN
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7

8                 IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 IN THE MATTER OF THE SEARCH OF   )  SW NO. 1: 14 SW 00158 GSA
                                    )
11 1. Priority Mail parcel 9114901189866377677594  )  **UNDER SEAL**
   2. Priority Mail parcel 9114901159815793528156  )
12 3. Priority Mail parcel 9114901159815793528170  )  SEALING ORDER
   4. Priority Mail parcel 9114901230803945291168  )
13 5. Priority Mail parcel 9114901230803945291182  )
   6. Priority Mail parcel 9114901230801362349295  )
14                                   )
                                     )
15 _____)

16      The United States of America, having applied to this Court, for

17 an Order permitting it to file the search warrants, application, and

18 affidavit, in the above-entitled proceedings, together with its

19 Application to Seal, under seal, and good cause appearing thereon,

20      IT IS HEREBY ORDERED that the search warrants, application, and

21 affidavit in the above-entitled proceeding, together with the

22 Application To Seal, shall be filed with the Court under seal and

23 shall not be disclosed pending further order of this court.

24 DATED: 8/14/14                        _____
25                                       U.S. MAGISTRATE JUDGE

26

27

28

                                    1